# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155503 & (31)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JERRY RICK VanDIVER,
      Defendant-Appellant.

SC: 155503
COA: 335735
Wayne CC: 81-111187-FC;
92-500047-FC

_____/

      On order of the Court, the motion to add exhibits is GRANTED. By order of February 20, 2018, the prosecuting attorney was directed to answer the application for leave to appeal the February 23, 2017 order of the Court of Appeals. The answer having been received, the application for leave to appeal is again considered, and leave to appeal is DENIED. The defendant's motion for relief from judgment is prohibited by MCR 6.502(G), and we are not persuaded that the remaining question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2018



Clerk

d0927